◎AO 442     (Rev. 08/07) Warrant for Arrest

Sealed   **FILED** 

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

MAY 06 2015

Clerk, U.S. District Court
By:_____ Deputy Clerk

UNITED STATES OF AMERICA

V.

ALEXANDER E. BLAIR

**WARRANT FOR ARREST**

Case Number: 15-40031-DDC

2015 APR 23 AM 9:36
TOPEKA, KS
UNITED STATES MARSHAL RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALEXANDER E. BLAIR _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
  Violation Petition   Violation Petition   Violation

charging him or her with   (brief description of offense)

Ct 1 - 18 USC 2, 371 - Conspiracy, knowingly and willfully combined, conspired, confederated and agreed with another to commit offenses against the United States.
Defendant will self-surrender with counsel Christopher Joseph at Rule 5 hrg; May 5, 2015 at 2:00pm Mag. Sebelius

☑ in violation of Title  18  United States Code, Section(s)  2, 371

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer

Signature of Issuing Officer  /s/ Deputy Clerk

Clerk of Court
Title of Issuing Officer

April 23, 2015           at Topeka, Kansas
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at TOPEKA, KS |

| DATE RECEIVED 04/23/15 | NAME AND TITLE OF ARRESTING OFFICER ANDREW DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/05/15 | | |