PS42 (7/93)
D/KS (06/15)

1433391

# United States District Court
## District of Kansas

| United States of America | ) | | |
|---|---|---|---|
| vs. | ) | | |
| Alexander E Blair | ) | Case No. | 1083 5:15CR40031-001 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Alexander E Blair, have discussed with Marlin T. Carlson, Pretrial Services Officer, the modifications of my release conditions as follows:

1.  The defendant must abide by the following restrictions on personal association, residence, or travel:  No travel outside the State of Kansas.  Defendant is also permitted to travel within the Kansas City, Missouri metropolitan area including Jackson, Clay and Platte counties.

I consent to this modification of my release conditions and agree to abide by this modification.

| _Alexander Blair_ | _7/9/15_ | _Marlin T. Carlson_ | _07/08/2015_ |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | _7-8-15_ |
|---|---|
| Signature of Defense Counsel | Date |

| | _7-13-15_ |
|---|---|
| Signature of U.S. Attorney | Date |

[x]  The above modification of conditions of release is ordered, to be effective on  07/16/2015 .

[ ]  The above modification of conditions of release is *not* ordered.

| s/ Daniel D. Crabtree | 07/16/2015 |
|---|---|
| Signature of Judicial Officer | Date |