CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,                               Anthony W. Mattivi

        Plaintiff,

v.                                                                              Case No:  15-40031-01-DDC

ALEXANDER E. BLAIR (01)                              Christopher M. Joseph

        Defendant.

| JUDGE: | Daniel D. Crabtree | DATE: | 5/23/2016 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | none | PROBATION: | none |

**PROCEEDINGS**

☐ Arraignment & Plea                ☐ Waiver of Indictment        ☒ Felony
☒ Change of Plea                      ☐ Appearance                        ☐ Misdemeanor

☐ Interpreter    ☐ Sworn          ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment              ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment              ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:        ☐ Read to Defendant:
       ☐ Indictment
       ☒ Information
       ☒ Number of Counts :  #1

☒ Petition to Enter Plea Filed          ☐ Plea Agreement Attached

    ☒ Previous Plea  of
       ☐ Guilty    ☒ Not Guilty        Counts:  #1 of information  withdrawn

    ☒ Plea of GUILTY as to Counts  #1 of information   Accepted

    ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred      ☒ PSI Ordered   ☒ Sentencing set for: August 22, 2016 at 1:30 p.m.
☒ Continued on Present Bail         ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER:   No plea agreement in this case. The Court has reviewed the Notice of Factual Basis (docs. 40 and 41) submitted by the parties.  The Court finds that a sufficient factual basis has been made for the defendant to plea guilty to the charge in the information.