To the Honorable Judge Crabtree.

I am writing to you in order to ask for mercy from you when you pass final judgement upon me for my charge of conspiracy.

I understand the severity of my crime and I also understand that if the explosive device that John T. Booker Jr. used was real and he was able to detonate it many people would have died. If I could take back my part in giving money to John T. Booker Jr. I would and if I could take back ever meeting the guy I would. I am not a Hardliner Jihadi, I am just a human being that made a big mistake. Nobody is perfect, and we all make mistakes at some point in our lives. This was mine. There are no amount of words that I can say that would prove that I'm sorry for my action regarding Ft. Riley. For those it is too late, but I hope and pray that these words don't fall on deaf ears. I keep trying to understand why I did it and I can't think of any answer. All I can say is I am not perfect and have made several mistakes throughout my life and probably will make many more. Everybody has made mistakes because nobody is perfect, not even the so called good guys.

With this being said, I am asking you personally for probation. I can personally say, that I have never wanted any harm or damage done to my country. And would do anything necessary to protect it.

I have a Genetic Disorder called Williams Syndrome disorder, which has affected me my whole life and will continue to till I am dead. Williams Syndrome has both physical and mental problems associated with it, and with my mental problems, it affects my ability to process situations involving decision making, it impairs me which allows others to take advantage of me and lead me down the wrong path in life.

Throughout my life, I have struggled, rather it be me going to the NICU hospital when I was 3 days old or in high School in which I was being bullied by my own classmates for being in Special Ed, because of my Williams Syndrome. Then there is me finding and keeping jobs that I can do. This is a real struggle for me because of the mental capability of my Williams Syndrome, employers don't want to hire a broken minded person.

Should you decide to grant me probation, I would be extremely grateful as I have accepted that this will haunt me everywhere I go, from this point on. But I won't let it hold me back and have already been planning my future should I not go to prison. First - I would be trying to either get a job or start my own business. Second- Getting a place of my own either inside or outside of Topeka. Third- I still hope that I can find a woman to marry that would keep me on the straight and narrow. It is funny how for every good man there is a great woman to keep him in line.

And finally, to wrap this letter up to you, Judge, I would like to say this. If I was a terrorist, I wouldn't have been cooperative with the FBI when they came to my parents house and I sure as heck wouldn't have complied with all my pre-trial probation requirements, as I would have been out committing terrorist acts. But I will say this your Honor. This whole experience has been a tremendous life experience, in which I plan on taking with me wherever I go.

Thank you, your Honor for taking the time to read this and contemplating my letter in your final judgement.

Alexander Blair