# LOGAN & PETERSON, PC
FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

**WILLIAM S. LOGAN, MD**
**STEPHEN E. PETERSON, MD**

**428 W. 42nd St.**
**Kansas City, MO 64111**
**Telephone:  816 842-2500**
**Fax:          816 842-9980**

**231 S. Bemiston; Suite 800**
**Clayton, MO 63105**
**Telephone:  314 236-4914**
**Fax:          314 236-4922**

## DIAGNOSTIC INTERVIEW REPORT
### Alex Blair

**USA v. Alexander E. Blair**
**USDC-Kansas #15-MJ-5040-KGS**

## INTRODUCTION AND PURPOSE:

On April 13, 2015, Christopher M. Joseph, Esq., contacted Logan & Peterson, PC for a psychiatric evaluation of his client 28-year-old Alex Blair.  Mr. Blair was charged as part of a potential plot to "bomb" Fort Riley, Kansas, with John Booker, Jr. (a.k.a Mohammed).

On April 10, 2015, a Special Agent of the FBI filed a single count complaint indicating that between March 17, 2015 and April 10, 2015 Alex Blair had knowledge of the actual commission of a felony, meaning the attempted use of a weapon of mass destruction and concealing material support to a foreign terrorist organization.  The complaint indicated that Alex Blair was involved with 20-year-old John T. Booker Jr. (a.k.a. Mohammed Abdallah Hassan) who intended to wage Jihad and die in the process.  Citing confidential human sources, a Vehicle Born Improvised Explosive Device (VBIED) was to be constructed and preparation for that included renting a Topeka, Kansas storage unit, which Alex Blair participated in.  His participation was to loan $100.00 to Booker for rental of the storage unit.  Blair reportedly knew that Booker intended to construct the VBIED and urged him to cease talking openly about his intentions to conduct an attack, for fear of public attention.  Mr. Blair was also cited for failing to report an imminent attack.

At the time of this writing, Mr. Blair was likely to plead to a "conspiracy" charge related to the initial complaint.

Mr. Blair lives with Williams syndrome.  Williams syndrome is caused by micro-deletion of 16 genes on chromosome 7q11.23.  The micro-deletion causes mild to moderate mental retardation or learning disability.  The personality of individuals with Williams syndrome involves high sociability, over friendliness, high levels of empathy, and an undercurrent of anxiety related to social situations.  While there are strong socialization skills (interpersonal skills related to initiating social interaction) and strength in communication, there are clear weaknesses in daily living skills and motor skills relative to overall level of adaptive behavioral functioning.  (Williams syndrome: Cognition Personality and Adaptive Behavior by Mervis and Klein-Tasman in Mental Retardation and Developmental Disabilities Research Reviews 6:148-158; 2000).

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                           Page 2 of 23

Also in Mervis Klein-Tasman, Williams syndrome personality profiles include high gregariousness, strong orientation toward the people, high empathy, high-sensitivity to criticism, and high anxiety.  During development, most Williams syndrome children do not evidence stranger anxiety.  They are often described as never having met a stranger.

The purpose of the assessment was to evaluate Mr. Blair's participation in the alleged "bombing plot" in view of his Williams syndrome.

Records would be forwarded as they became available.  Mr. Blair had an extensive diagnostic and treatment file related to Williams syndrome at Children's Mercy Hospital in Kansas City, Missouri, the Menninger Clinic Children's Hospital, and education documentation related to consequences of his genetic disorder.  In addition to the psychological consequences of Williams syndrome, Mr. Blair also experienced life-long physical manifestations of the chromosomal deletion.


**DESCRIPTION OF THE EVALUATION:**
Mr. Blair was psychiatrically evaluated at Logan & Peterson, PC in Kansas City, Missouri.

Face-to face interviews:
                    Alex Blair
July 7, 2015: Psychiatric Interview 2.33 hours
July 7, 2015: MMPI-2, PAI, Shipley-2
July 8, 2015: Psychiatric Interview 2.75 hours
Total face-to-face interview time of Alex Blair: 5.08 hours


            Family Interviews
July 7, 2015 Interview of Tom Blair: 0.75 hours
July 24, 2015 Interview of Jane Blair: 1.17 hours

Alex understood a detailed forensic warning.  His parents understood the lack of confidentiality.

The psychiatric assessment of Alex Blair included detailed record review (medical and law enforcement discovery), background review, Mental Status Examination, psychological testing (Shipley-2, MMPI-2, and PAI), discussion of the events of the charged offense, and collateral interviews (parents).  Respectively, the paper-and-pencil objectively scored psychological tests were a rapid IQ test, and two general personality assessments with validity scales and proposed DSM-IV diagnoses.


**INDEX OF MATERIAL:**
A number of records were reviewed from exhaustive number provided.  Highlights of essential records are included.


**A.    Law Enforcement and Court Documents –**
    1.  April 10, 2015 FBI/Task Force interview of Alex Blair

**B.    Medical and School Records –**
   1. Children's Mercy Hospital records (pages #1-#209)
   2. April 20, 1995 Menninger Children's Division clinical assessment and treatment file
   3. May 10, 2006 Northeast Kansas Education Service Center IEP

**C.    Forensic Assessments and Miscellaneous –**
   1. Extensive Social Security Disability file


## SELECTED REVIEW OF MATERIAL:
**1987**
January 7, 1987 Cardiovascular and Thoracic Surgeons (Topeka, Kansas) letter noted that Alex Blair was one month old and was being referred for cardiac evaluation.  Symptoms manifested at four days old including a heart murmur.  He had tachypnea (respiratory rate of 50 per minute) with subcostal retractions, and no cyanosis.  Heart sounds and imaging exams were consistent with moderate perimembranous **VSD** (ventricular septal defect) and compensated congestive heart failure.

At 3 months, 18 months, and 25 months old, Alex's length was normal at around the 50th percentile.  However, his **weight** for the same time frame was **less than the 5th %ile** until 25 months old (25th %ile).  His **head circumference** at 18 months and 25 months was the **5th %ile**.

August 28, 1987 Children's Mercy Pediatric Cardiology letter noted that Alex was adopted and had a **heart murmur** noted at age 4 days old.  Diagnosis was **VSD**.

**1990**
November 9, 1990 Children's Mercy Pediatric Cardiology Office yearly reevaluation noted that Alex's **strabismus** had been corrected by surgery in July 1990.  Alex had good activity levels and tolerance.  Cardiological diagnosis remained small VSD and **Williams syndrome**.

**1993**
August 17, 1993 Orthopedic Associates (Topeka, Kansas) letter to Children's Mercy Cardiology diagnosed **mild juvenile scoliosis**.  Alex was six years and eight months old.  His VSD was resolving.  The scoliosis was from ribs T6 to T12 on the right.  He should be watched expectantly, encouraged to swim, encouraged to participate in other athletic activities, to keep himself strong/flexible, and to return in one year.

**1994**
December 19, 1994 Children's Mercy echocardiography report by the Section Chief of Pediatric Cardiology noted a small perimembranous VSD with a left-to-right shunt including a pressure drop of 56 mmHg across the VSD.

**1995**
June 27, 1995 consultation by Kenneth Ensroth, M.D. (Menninger Clinic-child psychiatry) diagnosed eight-year-old Alex with **ADHD**, **Learning Disorder** (with possible delay in speech and language), **Williams syndrome** (diagnosed in infancy with consequent multiple physical handicaps), and need for medication treatment to correct ADHD.

Developmentally, Alex may have "picked up" some of his older brother's ADHD symptoms. Alex had a history of eye surgery, mild spinal scoliosis, no history of head injuries, and monitoring for VSD.

## 1998
December 7, 1998 Children's Mercy Echocardiogram noted a very small perimembranous VSD with left-to-right shunting and mildly depressed left ventricular systolic functioning.

## 1999
January 15, 1999 Menninger Psychoeducational Consultation noted that 12.1-year-old 5.4 grader Alex Blair was a student at Jefferson West Intermediate School in Meriden, Kansas. Accommodations had been made such as a allowing him to use a laptop.  He was beginning puberty.  Dr. Ensroth had been following him on a regular basis for medication monitoring.  Current medications included Adderall, clonidine, and Prozac.

Most recent comprehensive test data in April 1995, through the School District when Alex was 8.3 years old, indicated **5th percentile** (borderline) **verbal abilities** and 45th percentile (average) performance skills.  Overall achievement was at the average to low average range.

Alex demonstrated multiple developmental delays and complex issues related to uneven performance and cognitive functioning.  He had a good ability to "rote learned facts" such as about science or nature but making connections, integrating information, and verbal abstraction was quite limited relative to same age peers.  He would need significant assistance to link separate bits of information.  His developmental difficulties were typical of **Williams syndrome**.  This included perseverating on tasks, having difficulty moving from one task to another, performing better if allowed to finish one task before starting another, had a fairly rigid interactional problem-solving style, could become easily frustrated if given two different sets of directions for one thing, and may not flexibly understand directions or questions when worded in a different way even though they had the same content.  Managing academic content would likely become more difficult for him.  Many recommendations included adapting his curriculum and encouraging structured activities that would allow for social interaction.

June 16, 1999, letter by Marius Hubble Jr., M.D. indicated 12.5-year-old Alex Blair experienced improved exercise level and tolerance since Adderall was discontinued. Clonidine, Prozac, and Ritalin were ongoing medications.  He had **Williams syndrome**.  A small perimembraneous ventricular septal defect had spontaneously closed. He still had mild left ventricular enlargement with normal systolic functioning.  He had scoliosis.

Ritalin replaced Adderall due to possible contribution to decreased ventricular functioning through cardiomyopathy (March 15, 1999).

## 2006
May 10, 2006 Northeast Kansas Education Service Center IEP noted that 19-year-old 12th grader Alex Blair was enrolled at Jefferson West High School.  Alex had experienced language delays, gross/fine motor delays, and attention problems characteristic of Williams syndrome.

Academically, he successfully worked at grade level, but at a slower pace than the majority of his peers.  He was easily overwhelmed and often quit trying.  He had difficulty with written language.  Though he was in 12th grade, he read between the ninth and 10th grade level,

seemingly grasping Science and Social Studies concepts the best.  Special Education services were justifiable.  He possibly experienced social stigma due to his Special Education status.  His educational success would benefit from continued accommodation during math, reading, and writing.  An extended school year was not required.

## 2015
All four of the FBI interviews of Alex Blair were reviewed in their entirety.  Mr. Blair appeared quite passive about Mr. Booker, did not demonstrate any extremist Muslim views, and appeared quite naïve about Islam in general.  He had been "a Muslim" only a few months, still struggled to learn about it, was still learning basic Islamic concepts, and was still learning very basic Islamic vocabulary.  He didn't appear to have any "operational" understanding of ISIS/ISIL.

In addition, Mr. Blair also appeared interpersonally quite naïve, was easily led, was easily guided by law enforcement suggestions of his "helpfulness to them," and showed no guile.  He did not appreciate the seriousness of what it meant to be interviewed by the FBI.  He viewed himself as only there to help the government stop Mr. Booker.

During a number of Confidential Informant phone calls between Mr. Blair and Mr. Booker, Mr. Booker indicated that Mr. Blair needed to indicate his commitment or their relationship couldn't develop any further and Mr. Booker would be unable to tell him important things.  Though the nature of the "commitment" was somewhat vague, it included Mr. Booker asking for help on rent with the storage area.  Mr. Blair seemed to freely offer the rent, which was $100.

## FINDINGS:
### Identifying Information
Alex lived at a house, owned by his parents.  He checked in with his pretrial bond officer every month.  He worked at the Oskaloosa Country Club.

Alex knew he was charged with "conspiracy for something" but that was not something he paid attention to.  In his vernacular, he was "in deep shit with the government who wanted him in prison."  He felt overwhelmed with this case.  His verbal interactions were somewhat refreshingly candid but blunted and suggestive of cognitive immaturity.  He wanted "to go back to his life," and felt violated by the government/FBI who "lied to me, took all I said and used it against me though I was helping them."

Alex was in Western clothes noting that he had worn Muslim garb only on Fridays.  Because of this ordeal he'd "stopped all religion," though he still believed in a higher power.  He reported a strong affiliation with the Fairlawn Church of the Nazarene, feeling accepted there.

### Past Medical History
He was being treated with 20 mg or 40 mg fluoxetine (generic Prozac) per day for "anxiety and depression."  He took different doses from day-to-day, citing that his daily dosing "depends on life," seeming to mean his daily difficulties.

He also took over-the-counter ibuprofen for back pain related to scoliosis.  He didn't take any natural mental health medications or muscle building powders.

He was being treated by Dr. Ken Smith.  Focus on treatment was for medications.  Alex was naively preoccupied with ghosts.

He had experienced a significant loss of consciousness when he may have fallen on the stairs at less than 10 years-old.  He doesn't recall the circumstances or if he had problems because of that.  He always had **difficulty with memory**.

He never had been injured in a motor vehicle accident.  He didn't experience any posttraumatic response to life events such as having been shot at, shot, stabbed at, or stabbed.

Several years earlier, he had driven after drinking when distraught.  He was distraught after visiting a dead classmate in a cemetery.  Also, once in Colorado, the driver fell asleep and there was an accident.  Alex was not hurt but he can "describe everyone" and had vivid reliving memories.  Last, he was "T-boned" in a car in Topeka when a van ran a red light.  He denied any traumatic consequences such as reliving the events, flashbacks, headache, or changed mentation as a consequence of the accidents.

He asserted that his older brother, now more than 30 years-old, held him underwater until he panicked.  He denied passing out or loss of consciousness but swallowed some water.  He was bullied in **high school** due to being in **Special Education**.

He denied history of self-mutilation, tattoos, or piercings.  He denied huffing hydrocarbons to feel "high."  He tried the choking game one time when depressed in jail.  Otherwise, he had never choked himself or involved choking with any sex act.

He had **eye surgery in childhood**.  He needed back surgery due to the **scoliosis**.

He denied high-risk activities such as intravenous drug use, sex with prostitutes, sex with women who were drug users, and any sexual contact with men.  He denied any traumatic sexual experiences during childhood including grooming or sexual seduction by adults.  He denied exposure to HIV or hepatitis.

He reported one extramarital affair that caused him to feel that he should divorce his wife without "telling her exactly."  It was his way to make up "morally" for his lapse in judgment.

**Self-Assessment**
Alex believed his best qualities included honesty, which "sometimes got him in trouble," being on time for work, being friendly, no problems with anger, and he was caring.  He noted that people around him "didn't believe the accusations" by the government.

Areas for self-improvement included improving his anger control, learning how to deal with people, seeing people as nice to him, treating others correctly so they won't be nasty, and that he is "antisocial."  By "antisocial," he meant that he didn't want to be around others though he prefers "commonality" such as in church.  He has left church services due to feelings of anxiety.

He believed that there was a place in a Colorado "valley," that he could "hold" until the US military arrived.  That is, he could "hold it" (meaning, defend it) from "Korean or Mexican illegal invaders."  He had no formal plans about that or an organized militaristic mindset.

About anger control problems, he tended to walk away when upset so "something bad" would not happen. This had been his pattern since teen years. He believed "walking away" started after school fights because he became "the bully" after having been bullied so much. Notably, he denied any problems fighting with his wife or difficulties in the workplace due to "bullying." He denied anger at any person or any desire to retaliate.

**Drug and alcohol abuse**
Alex last smoked marijuana in November 2013. He hadn't smoked any because "ran out and quit." He might stop alcohol again.

**Hobbies**
He liked hiking, camping, and being in the woods. He also liked to "study by reading."

He enjoyed video games such as *Grand Theft Auto-San Andreas*. He would not go "darker" in the game and shoot innocents. His brother played *Call of Duty* and *World of Warcraft*, but Alex did not. He wasn't really sure which first-person shooter games he liked but after he left Colorado he stopped all "technology."

In the past, he had a .38 caliber pistol and a .38 caliber double-shot derringer but didn't carry them because of his charges.

**Religious Life**
Alex only had a slight interest in Muslim thinking now. Islam was no longer relevant to him. His family was Catholic but he was the only one to stay close to any church. He currently participated in the Fairlawn Nazarene Church.

In order, he had faith practices at the following congregations:

| | |
|---|---|
| Seventh-day Adventist on Wanamaker Road | 16 years old |
| Fairlawn Nazarene | high school |
| Meriden United Methodist Church | "inconsistently" in 2013 |
| Fairlawn Church of the Nazarene | 2014 (security team) |
| Mosque | January-April 2015 |
| Fairlawn Church of the Nazarene | Sunday after he was released from jail; "still welcome there" |

Alex found positive aspects to each one of the congregations he participated with. Alex described himself as a "nomad by spirit," due to his ADHD and often not sustaining close relationships with people.

To be a part of the church "security team" began before his involvement in the charged offense. The Topeka churches, in Alex's understanding, utilized "security" after concerns about "active shooters," and longer police response times in Topeka. He had never been involved in any incident. No one in "security" carried weapons. Everyone was welcome at services.

His interest in Islam started after he liked the structure of praying five times per day. He also liked the idea of becoming a "better guy" after he stopped using marijuana and alcohol. He didn't attend NA or AA. During this portion of the assessment he referred to a copy of the Koran in the examiner's office to back up his thinking. It was notable that though he spoke

about Islam in positive ways he could never find the passages that backed up his thinking. He just leafed casually through the pages.

He became interested in Islam "for a while" due to a desire to reduce his "Islamophobia," to see/study Islam on a spiritual level, and to "recognize that not all Muslims are terrorists." At the mosque, there were some young men but mostly older men and it was difficult for him to find someone to relate to. He was never interested in Wahhabi Muslim thinking and didn't even know what that was. He was unaware that any of the 9/11 co-conspirators were interested in Wahhabi thinking. He viewed such extreme thinking as "sects" and cults similar to the KKK and Hitler "to be avoided."

About ISIL or ISIS, he only viewed them as a "combat group," who used a philosophy to eliminate other soldiers. He had seen movies such as The Message about the birth of Islam but did not watch "Jihad John" execution videos. He did not identify with or think much of OBL/UBL in any idealized way except as "quite a character" that was "mad at Saudi Arabia."

Mr. Booker told him about the Flames of War which was about ISIS, but Mr. Blair did not like it and told Booker that. Alex wanted Mr. Booker to understand that it was important to find alternatives to violence, "to build something good," and not focus 90% of the time on fighting.

Mr. Booker had wanted him to swear allegiance to Al Baghdadi (ISIS/ISIL leader), but Alex would not. He then stated to Booker that he would swear allegiance only to Allah. Alex denied any knowledge of, or allegiance to, the "blind Shaikh" Omar Abdel-Rahman. He wasn't interested in Mohammed Atta, Terry Nichols, or Timothy McVeigh. In fact, Alex "looked down on them" and he wasn't angry like they were. He viewed Al Qaeda as "stupid asses."

In addition, Alex had thought about Hinduism but he couldn't relate to it. He studied Buddhism but wasn't interested. Even so, he still saw faith as an important thing in his life. He had strong beliefs in being "good," finding that a particular "denomination" less important.

## DISCUSSION OF EVENTS RELATED TO THE LEGAL SITUATION:

Essentially, Mr. Blair did not believe that Mr. Booker would actually attempt to bomb Ft. Riley. He loaned $100 to Mr. Booker, to be helpful, not to intentionally further any terroristic act.

## SUMMARY OF PSYCHOLOGICAL TESTING:

**Shipley-2** (July 7, 2015)

The Shipley-2 is a rapid IQ instrument with Vocabulary and Abstraction sections that summate to a Composite IQ. A Shipley-2 Composite IQ is similar to other IQ tests in that an average IQ is 100 points plus or minus 15 points (average range: 85-115 IQ points).

Alex Blair scored a Vocabulary score of 98 points (45th percentile) and an Abstraction score of 93 points (32nd percentile). These summated to a standard Composite IQ of 96 points (39th percentile).

Note that the standard error of measurement for each section of the PAI is three or four points, thus his Composite IQ (equivalent to a Full-Scale IQ on other IQ tests) was measured at 96 but the IQ could range between 92 and 100 IQ points.  All were still in the average range.

These were within his academic achievements, language ability, interpersonal style, and employment interests.

**PAI** (July 7, 2015)
The PAI is a general personality assessment with validity scales and proposed DSM-IV diagnoses.

Mr. Blair produced a PAI reflecting a "cry for help" or an extreme or exaggerated negative evaluation of oneself and life.  The interpretation was provided only as an indication of his self-description.  Notably, there was no overwhelming defensiveness or disqualifying malingering though he expressed considerable social discomfort.

Possible DSM-IV diagnoses are advanced as hypotheses.  All available sources of information should be considered prior to establishing final diagnoses.

Possible DSM-IV diagnoses include: paranoid schizophrenia; substance dependence; alcohol abuse; schizoaffective disorder; major depressive disorder; posttraumatic stress disorder; intermittent explosive disorder; undifferentiated somatoform disorder; dysthymic disorder; borderline personally disorder; and, paranoid personality disorder.

Notably, the PAI described no significant problems with antisocial behavior or problems with empathy.

There are 27 PAI critical items that reflect serious pathology and have very low endorsement rates in normal samples.  Mr. Blair endorsed 16 of 27 critical items.  These were in the topics of delusions and hallucinations, potential for self-harm, potential for aggression, substance abuse, potential malingering, and traumatic stressors.

Mr. Blair endorsed many psychological conditions.  Clinical interview, and review of his medical records, indicated that he did not experience difficulties such as schizophrenic spectrum disorder, bipolar disorder, severe anger control problems, and major personality disorder.  His endorsement of those items suggestive of those difficulties arose from his difficulty appreciating subtle word concepts of PAI questions.  His difficulties with such finer points of language clearly affirm that Alex continues to experience biologically-determined social immaturity, lifelong consequences of learning difficulties, and difficulty interpreting language subtleties as a consequence of Williams syndrome.

**MMPI-2** (July 7, 2015)
The MMPI-2 profile should be interpreted with caution as there was some possibility the clinical report indicated an exaggerated picture of his current situation and problems.  He presented an unusual number of psychological problems that could result from poor reading, confusion, disorientation, stress, or a need to seek a great deal of attention for his problems.  He may have been more careless in the latter portion of the test but that did not invalidate Clinical Scales from the first two thirds of the test.

Symptomatically, Alex Blair presented with a severe psychological disorder, giving the appearance of a florid psychotic process with personality decompensation, social withdrawal, disordered affect, and erratic or assaultive behavior.

> (**NB:** Similar to the contrast between the PAI and clinical information, this was not his presentation on face-to-face interview).

There was chronic maladjustment with a recent intensifying of his problems.

Overall possible diagnosis was paranoid schizophrenia or delusional disorder.

> (**NB:** The apparent erratic personality style with psychotic preoccupation was neither Mr. Blair's face-to-face presentation nor his general presentation in all previous medical records.  Thus, the MMPI-2 doesn't reflect some sort of hidden psychosis or hidden tendency to violence, rather Alex Blair's biological inability to pick up subtleties of meanings in written material.)

## MENTAL STATUS EXAMINATION:

Alex was neatly and cleanly dressed.  His eye contact was adequate.  He didn't know the date, but was oriented to the purpose of the assessment.  At times, he used stilted or overly intellectualized phrases.

He reported depression and decreased motivation but was trying to move forward.  He was unsure what to do with himself or what plans to make since he might go to prison.  He couldn't say if he distanced himself from others.

He gained 20 pounds due to an overactive appetite.  There was no evidence of smoking or chewing tobacco.  He denied any signs or symptoms of eating disorder.

He reported low energy level as a consequence of his arrest.  Before arrest, he felt energetic, earned adequate money, felt productive in his life, and didn't worry who his friends were.

His sleep had been variable with the occasional beer to take the edge off the day.  He only felt rested one or two days of seven since release from jail in April 2015.  He denied bad dreams, nightmares, or reliving/recollection of traumatic events.

He viewed his future as very bleak.  He bemoaned that he often mixed up words such as difference between "condone" and "condemn."  When there are word mix-ups like that he usually just keeps talking until the context is understood.

If he didn't go to prison, he'd like to get married.

He denied abnormal sex drive.  He used adult pornography occasionally to relieve sexual stress.  However, he tried to "keep his mind out of the gutter."

He reported a long-standing difficulty of feeling life was not worth living.  He attempted to kill himself during his midteens by stabbing himself in the stomach.  Apparently a friend, a girl, stopped him.  His motivation for stabbing himself was that his girlfriend had kissed another guy.  He felt no violent thoughts towards her.

He reported at least five episodes of suicidal thinking.  This included putting the .38 caliber pistol to his right temple and almost pulling the trigger during his midteens.  It was loaded and the hammer was pulled back.  He believed a "higher being" or an "angel" came to him, distracted him, and gave him the message "don't do it, there is hope."  After that, he decided become "clean from drugs."

Though he had been suicidal more than five times, he hadn't otherwise acted on it.  He had no plans for suicide because the thoughts tended to be short lived "impulses."  He would never stage a suicide to look like an accident and had not thought about provoking someone to harm or kill him.  In particular, he would not try suicide by cop because he liked the police and the FBI.

He reported lifelong auditory experiences that seemed like hallucinations.  The hallucinations were accompanied by "three" different personalities; "Alex," "Alexander," "Evan," and "Blair." "Alexander" helped him feel safe and was a protector.  "Evan" was a lover and "sex machine." "Blair" was "bat shit crazy and scary."  Alex was "here and present!" who "gets bad shit to happen to him."  He acknowledged these were different facets of his personality that he used to "explain his emotions."  At times, they seemed like different personalities especially when he was angry but he never actually experienced a different tone of voice or sense that he was a different person.

He denied visual, gustatory, olfactory, and tactile hallucinations.  He felt his personality was unstable with different identities but they were "four types" of his own personality, though he seemed to actually mean three types.

He reported poor memory, racing thoughts "all the time" due to ADHD, and OCD-like calming rituals such as washing his hands.  He might wash his hands three or four times per day, especially when he worked at Motel 6.  He didn't organize things obsessively or become preoccupied with repetitive prayers.  Many times he felt he'd been somewhere before.  That seemed to be a "trigger," which he might remind himself about later.

Sustaining attention was difficult for him and always had been.  For example, he commented on a photograph, a book, and a number of items in the exam room because they distracted him and wanted to "take stock for later."  His noticing the items seemed to derail his attention.

He reported feeling others were malevolent towards him since his teen years.  He felt maligned by his classmates who made fun of him for being in Special Education.  That experience continued with the FBI.  He had felt at one point he was being followed because he saw a car "veer off" and then reappear.  He was somewhat preoccupied with "body language tells," especially because many people tended to avoid him.  That others avoided him was his consistent life experience.  In school, the "Special Ed" para helped him so he could actually finish school.

He reported intermittent anxiety and with it a great deal of anxiety about the current case. He reported recurrent panic attacks.  None had occurred since he was arrested by the US government.  No panic attacks related to Islam.  When practicing Islam, he had intended to remain peaceful.

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                                    Page 12 of 23

He appeared to function in the low average range of intelligence.  His fund of knowledge was in the low average range.

On formal testing, his attention and concentration was fairly normal.  There were some intrusions of non-violent primary process thinking and odd speech patterns similar to intellectual affectations.

His recognition memory was impaired.  He recalled three of three objects immediately, but at one minute only two objects, and at five minutes zero of three objects.  When given choices to see if he could recognize them, Alex "took a stab" at the words.  He managed to name two of three words but readily confabulated the third word.  He "hoped" that this writer would correct him, a frequent habit for him during normal conversation.  He did that many times per day as a usual coping and reorienting style.  Similarly, he often relied on his mother and father to give him reminders.  After another delay to test recognition memory (due to the reinforcement), he couldn't spontaneously recall any of the three words.

His categorical reasoning (similarities) was functional to concrete (**NB:** underdeveloped for his age).

His social judgment (reasoning through hypothetical situations) was rigid, inflexible, and overly inclusive (**NB:** underdeveloped for his age).  He ultimately reasoned socially appropriately.

His abstract reasoning (proverb interpretation) was highly concrete, blocked, and immature for his age (**NB:** underdeveloped for his age).

His digit span, a clinical test for global brain dysfunction, was abnormal.  He recalled six digits forward but only five reverse, with many attempts, suggesting right-sided brain impairment. Reciting six forward and six reversed is a normal finding.

There was no evidence of fine motor incoordination, constructional apraxia, or visual neglect.

## COLLATERAL INTERVIEW/INFORMATION:
### Tom Blair (July 7, 2015)
Tom Blair, Alex's adoptive father, noted that Alex had the diagnosis of Williams syndrome since birth.  Alex's VSD was diagnosed at two or three weeks old and finally grew closed when he was 10 or 11 years old.  Elements that were consistent with Williams syndrome included Alex's need for eye surgery, difficulty with enunciation (requiring speech therapy), and difficulties with social behavior.  Alex was "behaviorally so outgoing" that he often didn't have friends.  Alex often did not think about what he said, and often had to attempt to "slow his words down."  Alex did not really get a handle on slowing down and making sense until he was an adult.

Alex always had difficulty understanding subtle meanings of words.

Alex tended to develop a 1 to 3 month intense focus on a particular idea or interest and then move on.  Even so, he virtually always went to church, by himself every time.  He enjoyed helping out at the Nazarene Church and always "wants to be part of something."  Because of his social awkwardness, he wasn't always welcome where he went.

For a while, he was interested in Islam because he didn't feel a part of Christian churches. He tried to be a devoted Muslim for a while, but enjoyed eating pork and enjoyed being around women.  At first, Alex saw nothing wrong with Islam and focused on diminishing general prejudice against Muslims.  Because of his current case, he avoids contact with any Muslims.

About his US Air Force service, Mr. Blair had talked Alex into enlisting, thinking it would be a great experience for him.  Alex's physical stature, difficulties with anxiety, difficulties with esophageal reflux, and scoliosis made military service quite difficult for Alex.  Mr. Blair hadn't quite thought that through when he recommended Alex join the service.

Always, Alex "says what you want to hear" due to Williams syndrome.  He never had anger control problems.

In retrospect, when the FBI interviewed Alex, Mr. Blair did not realize that Alex was actually being interrogated as a suspect and not just being helpful to them about Mr. Booker.  Mr. Blair wishes he had stepped in due to Alex's Williams syndrome vulnerabilities.

### Jane Blair (July 24, 2015)
Mrs. Jane Blair provided an article entitled "*What is Williams syndrome*?"  This was from Williams-syndrome.org.  In particular, she noted that Alex experienced facial characteristics of Williams syndrome.  These included wide mouth, upturned nose, and need for eye surgery (at four years of age).  He also had heart and blood vessel problems including VSD with congestive heart failure.

He demonstrated general physical characteristics typical of Williams syndrome including adult stature smaller than average.  She noted that Alex was 5'8" tall however his birth father was 6'6" and birth mother 5'10".  Alex had infantile colic and ongoing gastroesophageal reflux disease.  He had dental abnormalities for which he required braces.  He experienced hyperacusis (sensitive hearing).  He had musculoskeletal problems such as scoliosis due to impairment of elastin formation, a consequence of the chromosomal deletion.  Last, Alex was "overly friendly" (excessively social).  She noted that Alex was very friendly but often made out of place comments.  He wanted friends, was very social, was loving, was very empathic, was nonjudgmental, every day told her "I love you," and had a pattern of hugging everyone, yet his feelings were easily hurt and he suffered anxiety.

Regarding developmental delay, learning disability, or ADHD, Alex was diagnosed with ADHD in childhood, experienced delayed walking and speech, required a speech therapist, and required an occupational therapist.  He benefited from early childhood programming at age 3 ½ years old.  Relatively, he experienced intellectual strengths in speech and interpersonal interaction but had difficulty with other intellectual tasks that caused emotional distance due to his somewhat odd mannerisms.

Mrs. Blair also forwarded an article entitled: *What Happens When You Trust Too Much.*  This was in *The Atlantic* magazine noting that those with Williams syndrome are "pathologically innocent."  In the past, such persons were described as having "cocktail personality syndrome."  Such children have to be taught the concept of distrust and have difficulty learning how to protect themselves.  They experience a multisystem disorder with low levels

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                        Page 14 of 23

of physical endurance, higher risk for diabetes, higher risk for hyperthyroidism, and higher risk for cardiovascular disease.

She noted that behaviorally, those with Williams syndrome are friendly, socially interested, show high levels of empathy, are easily distractible, have difficulty focusing, and have difficulty getting work done.  They have difficulty with visuospatial construction.  They have difficulty with interpersonal interactions and often "overdraft their bank accounts buying lunch for coworkers."  There was variability in the cognitive difficulties.  Primary interpersonal tendencies include high sociability, strong language skills (compared to others with chromosomal deletions), and strong verbal skills, relative to IQ score.  There was a decreased sense of understanding social threat and difficulty focusing during interpersonal interactions in a way that prevents distraction.  Anxiety was common.

In Mrs. Blair's view, Alex felt sorry for Mr. Booker.  It also would've been in Alex's basic nature to "do things to maintain a friendship" with Mr. Booker even if others recognized manipulation that Alex did not.  Alex told her he didn't feel that Booker "wanted do it," meaning bomb Fort Riley.  Before his interactions with Mr. Booker, Alex was well known for "paying someone" in his neighborhood to maintain his friendships.  This had been going on since Alex was eight or nine years old.  He had a "helper mindset" often to his own detriment.

Alex often wanted to find social acceptance whether it was with his friends at school or the various congregations he attended.  He was never shunned or excluded from any religious congregation.  He was not particularly analytical and often changed his mind without appreciating consequences of prior decisions.  He often "misspoke" and "likes to talk."


**DIAGNOSTIC FORMULATION:**
The current diagnostic model is the DSM-5, in use since May 2013.  The DSM-IV-TR Axis system was not preserved.

Williams syndrome (micro-deletion of 16 genes on chromosome 7q11.23)
    (Well-documented in Children's Mercy, Northeast Kansas Special School District
      records, Menninger Clinic records, and Social Security Disability records)
Adult Attention Deficit/Hyperactivity Disorder (ADHD)-Combined
    (A consequence of Williams syndrome)
Anxiety Disorder NOS
    (A consequence of social/interpersonal difficulties due to Williams syndrome)
Depressive Disorder NOS
    (A consequence of social/interpersonal difficulties due to Williams syndrome)

There was no evidence of defensive minimizing or malingering (exaggerating or fabricating psychiatric/developmental symptoms he did not actually experience).  Notably, the "cry for help" or exaggeration detected in psychological testing (PAI and MMPI-2) are consistent with his difficulties with written and verbal comprehension, well-established as a consequence of Williams syndrome.  His testing "exaggerations" were not evidence of predatory, antisocial, or psychotic mindsets.

**DISCUSSION**:
The following bolded questions were posed for the Mental Evaluation.  There may be some overlap for clarity.

**Mental Disease or Defect (Diagnostic Formulation)**
Mr. Blair demonstrates cardinal symptoms and signs of Williams syndrome.  As a consequence of this chromosomal deletion disorder, he does not have the normal appreciation for subtle interpersonal interactions, awareness of danger, or normal feelings of interpersonal warning.  It places him at considerable risk due to his "cocktail personality" (high level of approachability and need for affiliation with others) for easy manipulation because of his social naïveté and desire for social affiliation.

Factors associated with Williams syndrome, observed in Alex Blair:
   Small physical stature (Alex- 5'8", birth father- 6'6", birth mother- 5'10")
   Low birth weight
   Small head circumference
   Hyperacusis
   Scoliosis
   Wide mouth
   Upturned nose
   Repair of ocular strabismus (eye muscle imbalance)
   VSD (resolved)–ventricular septal defect of the heart wall
   Relatively spared intellect with biologically impaired warning/threat awareness system
   Learning Disorder
   Attention Deficit Hyperactivity Disorder
   "Out of place" comments but very social, loving, empathic and non-judgmental

There was no indication of predatory behavior.  There was no indication of compulsion-driven or delusional/hallucination-driven militarized or violent preoccupations.  He certainly professed no particular interest in primary Al Qaeda, Islamic terroristic, or ISIL/ISIS leaders, and concepts.  His Williams syndrome personality likely would've compelled him to speak his mind if he held such beliefs.

He has never been perceived by his family, school, or church community as violent. Similarly, he was not excessively preoccupied with guns, first-person shooter video games, or explosives.  Though he felt significant social isolation and was bullied in school, he did not develop any proactive or retaliatory violent plans toward the USA.  Similarly, in the MMPI-2 and PAI, there was no overriding antisocial mindset, preoccupation with violence, or lack of empathy with others.

He was a simplistic thinker, likely biologically-mediated, meaning as a consequence of the chromosomal abnormality.  There was no indication of grudge holding.  From a mental status perspective, he has "concrete thinking," which is evidence of Learning Disability as normal 28-year-olds show more sophisticated reasoning patterns such as functional or abstract thinking in their reasoning. His concrete thinking (face value reasoning) is evidence of severe and permanent developmental delay.

He frequently misspeaks words such as "condone for condemn."  This is part of his attempt to appear "sophisticated" and well educated, somewhat counterbalanced by his social naïveté.  Compounding this problem, was his strong need for affiliation so often continues to

talk through areas of misunderstanding, hoping that those around him will correct him or he will pick up more subtle meanings from extended context.

He has great difficulty keeping friends, so has a bit of a "puppy syndrome." That is, he easily latches onto those who show him positive feedback, without much of a warning system whether such trust is warranted. He was likely to not understand his own social vulnerability to be manipulated by others. He experiences social discomfort due to awareness that his Williams syndrome contributes to his social awkwardness.

Due to the Williams syndrome, he is overly trusting. He can readily be supervised due to his desire to please those around him.

He is quite readily honest, perhaps too honest, and not given to subterfuge. At times, he answers perfunctorily without listening carefully to the question asked. While many people do that, he didn't seem aware of his potential for misunderstanding, answering the wrong question, or incorrectly assuming he knew what the full question was about.

There were no compelling fantasies of paramilitary preoccupation, identification with terrorist groups, and preoccupation with weapons. There was no preoccupation with Special Forces, Navy Seals, ISIS, or any other militarized group.

His problem solving ideation was somewhat rigid, due to his developmental difficulties, suggesting he would not be an independent mover in any kind of "terrorist plot."

There was no indication of contributory substance abuse. He had no prior legal difficulties.

He had already "moved on" from Islam back to that the Nazarene Church, where he experienced accountability and acceptance. There was no indication of abnormal behavior at the Nazarene Church or Methodist Church, in particular no excessively righteous or religiously-driven compulsions. There were no militaristic compulsions or idealistic devotion to changing the "world order" through apocalyptic or violent acts.

At the time of the charged offense, he was a neophyte Muslim, barely understanding many of the terms he was using. Clearly, he had developed a short-term intense interest in Islam as a part of his multiple short-lived episodes of "life learning" but such focus did not result in radicalized thinking. His father noted that Alex often develops a "1 to 3 month" intense focus on a particular new topic and then moves on, somewhat uncritically.

Alex Blair viewed himself as trying to prevent Mr. Booker's acting on what he thought were foolish/dangerous ideas. Due to Alex's chromosome 7 deletion with developmental naïveté, he was unlikely to perceive malice by Mr. Booker. As a consequence of his impaired brain development, Alex was likely to feel compassion for Mr. Booker and try to help or rescue him, rather than warn others.

Alex's other psychiatric difficulties are related to his Williams syndrome. These include:

**ADHD-combined type**

Alex Blair demonstrates persistent symptoms of DSM-5 adult Attention-Deficit/Hyperactivity Disorder (ADHD)-Combined Type. DSM-5 ADHD includes at least five of nine symptoms of inattention and at least five of nine evidences of hyperactivity and impulsivity. These had to

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                                    Page 17 of 23

have been present before 12 years-old, which was the case for Alex as he was born with a developmental disability.  He was diagnosed in 1995 with ADHD at the Menninger Clinic and then in 2006 during his Northeast Kansas Education Service Center IEP.  Thus he had individualized assessments at 8 years-old and 19 years-old demonstrating ADHD in addition to the Williams syndrome difficulties.

The inattention symptoms must be inconsistent with developmental level and directly impact negatively on social and academic/occupational activities.  The nine inattention symptoms include:
Failing to give close attention to details or makes careless mistakes in school work or work,
Often has difficulty sustaining attention task or play activities,
Does not seem to listen when spoken to directly,
Often does not follow through on instructions and fails to finish schoolwork,
Often has difficulty organizing tasks and activities,
Often dislikes or avoids tacit require sustained mental effort,
Often loses things,
Easily becomes distracted by extraneous stimuli,
Often forgetful in daily activities.

Hyperactivity and impulsivity features must be inconsistent with developmental level and directly negatively impact on social and academic and occupational activities.  The nine include:
Fidgeting or tapping feet or squirming,
Leaving seat in situations when remaining seated is expected,
Running or climbing in situations where inappropriate,
Unable to play or engage in quiet leisure activities,
Being "on the go" or "driven by a motor,"
Excessive talking,
Blurting out answers before questions are completed,
Having difficulty waiting turn,
Interrupting or intruding on others.

Specifically, Alex demonstrated difficulty with attentiveness by his difficulty focusing on significant details, tends to move from new interest area to interest or area (difficulty staying on topic) with little continuity between, avoids tasks that require sustained mental effort, needs supervision by his parents (often loses things) and easily becomes distracted by extraneous stimuli.

He demonstrated hyperactivity/impulsivity features due to his feelings of social incompatibility, high level of expressed energy, excessive talking, answering before questions complete, and excess anticipating answers and responding.

From face-to-face examination and psychological testing, he tends not to be able to focus on pertinent details (misinterprets written language), skips over topics, has difficulty with not interrupting, focusing on minutia (wanting to remember things for later), having attention derailed by stimuli within the exam room, and other symptoms consistent with current adult ADHD.

His ADHD is a consequence of the chromosomal deletion and Williams syndrome. No illicit substances, traumatic brain injury, independent obsessive-compulsive disorder, intrusive schizophrenic spectrum disorder, or cyclical mood disorder contributed.

## Anxiety Disorder NOS
Anxiety described in the DSM-5 usually is related to a specific condition such as separation, mutism, phobia, social anxiety, panic disorder, panic attack, agoraphobia, generalized anxiety disorder, or substance/medication induced anxiety disorder. Mr. Blair's anxiety appears consequent to his medical condition (Williams syndrome). Throughout his life, he has felt socially isolated, in need of social contact (highly empathic), and seeks high levels of interpersonal affiliation despite multiple episodes of being rebuffed. Until fairly recently, he was less aware of his social awkwardness, but aware of being shunned by others, and fully aware of never really fitting in. With the current federal charges, his level anxiety has increased, social awkwardness increased, and he often feels overwhelmed.

## Depressive Disorder NOS
Mr. Blair gives a history consistent with stress-mediated depression, in particular related to interpersonal difficulties. He had some five or more episodes of suicidal ideation. This was predominantly consistent with DSM-5 Persistent Depressive Disorder (dysthymia) as he had suicidal thoughts and once put a loaded gun to his head as a teenager, but that intensity has subsided. The suicidality and depression was likely related to situational anxiety and limited cognitive capacity to process dissonant internal feelings. He would not kill himself now and did not have ready access to firearms.

It is of note that his current treatment with 20 mg, or 40 mg, of fluoxetine each day (generic Prozac) under the care of Dr. Smith has been somewhat helpful to reduce the intensity of anxiety and depression.

Taken together, 29-year-old Alex Blair experiences a combination of Mental Defect (Williams syndrome) and Mental Disease (adult ADHD, anxiety disorder, and depressive disorder). These difficulties were evident before, during, and subsequent to the charged offense.

## Discussion of Williams syndrome Relevance to Mitigation
From a clinical, descriptive, standpoint, Alex Blair demonstrates characteristic physical, developmental, intellectual, and interpersonal difficulties directly related to Williams syndrome. The Williams syndrome was present from before birth due to the micro-deletion of 16 genes on chromosome 7. Relatively, Alex's intellect was spared. That is, he demonstrates near normal intelligence, however he experienced abnormal-brain-development mediated communication and interpersonal difficulties which directly contributed to his vulnerability to manipulation by Mr. Booker.

From a clinical standpoint, there is no question of that Alex Blair experiences Williams syndrome. Medical records indicate initial physical abnormalities were first identified in January 1987 (VSD), with small head circumference, and low weight. Williams syndrome was specifically diagnosed in 1990, 1995, and 2006, and then continuously was a factor throughout all of his diagnostic assessments and schooling. As an adult, he has demonstrated principal Williams syndrome physical and behavioral characteristics.

One of the primary questions left is whether his brain abnormality causes any demonstrable difficulty with clinically meaningful impairment of capacity to anticipate threats or perceive

negative behaviors in others that might put him at risk.  All, while at same time not creating a greater likelihood of recidivism or antisocial behavior.

First, in Kaplan and Sadock's Comprehensive Book of Psychiatry (seventh edition), published in 2000, Williams syndrome is identified on page 2601, 2604, 2605 as one of the cross-domain forms of mental retardation (now Intellectual Disability) with extra deficits in visuospatial processing and heightened abilities in language.  Detection of difficulties due to Williams syndrome include understanding neuropathological process, assessing communication deficits, understanding personal vulnerability to exploitation or abuse, elucidating inadequate coping skills, limited ability to use social relationships, limited repertory of social skills, and reduced opportunities for development.  In addition, Williams syndrome is a recognizable phenotype (observable physical or biochemical characteristics) where evolution of manifestations occurs over developmental stages.

In summary, Williams syndrome is a well-established chromosomal abnormality, evident from birth with lifelong consequences.  That put Mr. Blair at the level of someone who needs protection due to developmental limitations.

Second, in, *Comprehension of sarcasm, metaphor and simile in Williams syndrome* (by Keli Godbee and Melanie Porter, International Journal Language and Communication Disorders November-December 2013, volume 48, #6, 651-665, persons with Williams syndrome are characterized as friendly and sociable with relatively good general language abilities but often have pragmatic difficulties and trouble comprehending aspects of non-literal language.  Williams syndrome persons were examined to understand their capacity to perceive non-literal language.

Persons with Williams syndrome tended to experience significant lower IQs than typically developing chronologically aged matched controls.  Individually, persons with Williams syndrome had impaired expressive vocabulary, impaired verbal working memory, impaired perceptual integration, and impaired inferential reasoning ability as compared to typically-developing chronologically age matched controls.  Verbal working memory and inferential reasoning were also significantly impaired in persons with Williams syndrome even compared to mental age matched controls.

From practical standpoint, persons with Williams syndrome perceived sarcasm (the use of irony to mock or convey contempt), metaphor (applying a figure of speech to an action or object which is not literally applicable; symbolic of meaning something else), simile (figure speech involving comparison of one thing with another to make it more emphatic or vivid; "as brave as a lion" or "crazy like a fox"), and literal comprehension in a very impaired way relative to normal-developing controls.  Even with training, Williams syndrome persons did not gain as much in perceptual integration and overall cognitive ability.

Persons with Williams syndrome perform significantly below the level of typically-developing chronological age-matched controls.  On all measures of non-literal language persons with Williams syndrome have much more difficulty interpreting sarcasm and metaphor due to overall lowered cognitive ability and verbal comprehension skills.  Comprehending metaphor and sarcasm is generally beyond the developmental language capacity of persons with Williams syndrome.  Capacity to appreciate metaphor and sarcasm develops through middle school and is still improving at age 12 or 13 years-old, which is above the typical developmental age of most persons with Williams syndrome.

Hyper sociability in Williams syndrome has been well documented.  There is a bias towards happy faces, in conjunction with eagerness to please and sociable personalities.  It is possible that persons with Williams syndrome are biased toward more "happy" interpretation of sarcastic comments than typically-developing controls.  The bias is likely to arise from a more literal interpretation of sarcastic comments as the literal interpretation of sarcasm is often nicer and happier than the actual intent.  Such persons may miss sarcastic rebukes.  That is because sarcasm is more demanding on higher order executive abilities such as suppression, cognitive flexibility, and integration of context.  Persons with Williams syndrome are likely to not perceive simile, metaphor, and sarcasm due to significantly poorer inferential reasoning abilities.

From a practical standpoint, persons with Williams syndrome are likely to understand non-literal language at the level of their mental age not their chronological age.  Thus, it is of particular importance to monitor understanding when using non-literal language around persons with Williams syndrome.  Such persons are not likely to monitor if they've understood what they have heard and even if they are aware of misunderstanding they tend not to ask for clarification.

In summary, persons with Williams syndrome are unlikely to understand non-literal language at the level of their chronological age, are unlikely to monitor if they've understood their verbal interactions with others, and are unlikely to ask clarification of things they do not understand.  Also, due to their bias toward "happy" interpretations of subtle communications and in particular deceptive interactions by others, they are likely to internally interpret these as positive interactions and go along.

Third, in *Severe Expressive-Language Delay Related to Duplication of the Williams-Beuren Locus*, Somerville et al the New England Journal of Medicine October 2005; 353:16, 1694-1701, persons with Williams syndrome demonstrate severe delay in expressive speech in a dosage related way.  In Williams-Beuren syndrome (Williams syndrome), there were characteristic developmental delays, spatial ability weakness, relative strengths in expressive language, excessive social attention, ADHD, hypersensitivity to sound, broad forehead, ocular problems, wide mouth, low birth weight, growth retardation, musculoskeletal problems, and cardiovascular problems.

In summary, Mr. Blair demonstrates highly specific physical, cognitive, and emotional evidences of Williams-Beuren syndrome (Williams syndrome).

Fourth, in *Williams syndrome: A surprising deficit in oromotor praxis in a population with proficient language production*, in Neuropsychologica (2015) 82-90, persons with Williams syndrome showed surprising impairment in the ability to perceive non-linguistic oral movements.  This was thought to arise from impaired ability to reproduce syllables when visually presented.  Such persons have difficulty in the initial phase of learning auditory-motor sequencing, especially when learning visual motor sequences.  Such persons may have greater problems with novel and unpracticed visual motor sequences because they will not extract and generalize common features adequately.  Such persons will have surprisingly poor imitation and sequencing of complex non-linguistic oral movements as assessed by oromotor praxis tasks relative to typically developing children.  This impairment will contribute to language delay during early development.

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                    Page 21 of 23

In summary, persons with Williams syndrome do not perceive oromotor tasks normally and may have ongoing difficulties perceiving oromotor subtleties in adulthood.

Fifth, in *Facial emotion processing in patients with social anxiety disorder and Williams-Beuren syndrome: an fMRI study*, Journal of Psychiatry Neurosciences December 2015(early release) by Binelli and others, persons with Williams syndrome showed impaired facial emotion processing.  That is, functional MRI for all faces (such as angry, fearful, happy, faces vs. shapes) compared to age-matched normal controls showed significant inclination of Williams syndrome persons to match happy faces with subsequent activation of the right amygdala.  Persons with Williams syndrome showed no activation of the amygdala under angry or fearful threat (face) conditions.  This may have been mediated by less activation in the posterior primary visual cortex and significant deactivation of the right middle temporal gyrus/temporal operculum and right supplementary motor area.

While limbic activity did not differ among study groups, there were major differences in early visual areas of the face processing network in patients with Williams syndrome.  This group differed in activation of the superior temporal gyrus activation to gaze processing.  While previous studies demonstrated diminished amygdala response to negative facial expressions for persons with Williams syndrome and heightened amygdala response to happy faces, a pattern that might explain part of the hyper social fearless behavior typical of the population, this study demonstrated amygdala activation for Williams syndromes under "happy conditions."  In addition, fMRI matching angry or fearful faces did not produce amygdala activation in the Williams syndrome group.  This may have been due to impaired function of the posterior region of the primary visual cortex so that persons with Williams syndrome fail to accurately process facial features and fine-grained details.  Thus, they rely on coarse (lower resolution; less detailed) or holistic impressions.  The inability to process facial expressions and detect threat signals contributes to the fearless social phenotype and difficulty detecting typical threat-related signals.  Further, Williams syndrome persons have difficulty matching fearful faces, which is a more difficult emotion to process, and demonstrate this by less activation of the bilateral temporal operculum and insular regions as compared to controls.

In summary, functional MRI imaging of persons with Williams syndrome demonstrates complicated changes in the visual processing apparatus so that they are less likely to perceive fear or threat (negative facial expressions) and more likely to interpret facial expressions as happy and align with that expectation.  Parts of the brain that signal perception of threat or anger don't activate when persons with Williams syndrome are faced with such stimuli.  From a practical standpoint, persons with Williams syndrome are unlikely to experience brain activation that signals they are in a dangerous environment or should be fearful.

Taken together, the five citations illustrate Williams syndrome is a well-established Intellectual Disability with manifestations that evolve over time, that persons with Williams syndrome are developmentally unable to perceive important non-literal communication strategies (metaphor, simile, sarcasm), that Mr. Blair demonstrates classic incontrovertible signs/symptoms of lifelong Williams syndrome, that persons with Williams syndrome never develop normal capacity to interpret facial expressions, and functional MRI demonstrates that the brains of persons with Williams syndrome do not register fear or threat in a normal way and they are likely to interpret most facial expressions as happy or welcoming, even if the is an inappropriate response.

From a psychiatric perspective, Mr. Blair's participation with Mr. Booker would always have been at a subordinate level.  Mr. Blair's Williams syndrome predisposed him to feel empathically aligned with Mr. Booker to try to help him, as he felt aligned with most others even those who shunned him.  Mr. Blair's life pattern demonstrated such a pattern.  In addition, research relating to impaired language development, impaired oromotor praxis (developmental mimicking of normal facial expression understanding), and impaired brain activation clearly demonstrate that Mr. Blair was biologically (mental defect) predisposed to be unable to perceive the danger of, process alternative interventions for, and to contravene Mr. Booker's actions.  He was more likely to try to "align" with Mr. Booker to convince him of "happier" path.  Mr. Blair would've been unable to perceive the fruitlessness of that task by virtue of his lifelong developmental impairments.  He also would have been much less likely to seek assistance if he felt that he could not change Mr. Booker's path, even if he perceived it as dangerous or threatening, which he was biologically predisposed to be unable to perceive.

## Impact on Sentencing/ Mitigation
Mr. Alex Blair participated in the actions with Mr. Booker without normal adult mental capacity.  From a psychiatric perspective, a number of factors would suggest reduced culpability.  In no order of priority they are as follows:

Mr. Blair experiences lifelong effects of Williams syndrome, which made him biologically predisposed not to perceive the seriousness of Mr. Booker's threat.  In addition, his Williams syndrome made him more likely to be manipulated by Mr. Booker than the average person.

Mr. Blair's Williams syndrome made it much less likely that his brain would even perceive Mr. Booker's language subtleties as dangerous or threatening.  Even if he perceived them, Mr. Blair was biologically predisposed to assume a happier outcome, assume a happier interpretation of Mr. Booker's words, and develop a hopeful "intervention" strategy to dissuade Mr. Booker even if that was not possible and Mr. Blair didn't realize it.  Similarly, he would have shown the same deficits in any law enforcement assessment.

No alcohol dependency, drug dependency, schizophrenic spectrum disorder, cyclical mood disorder, antisocial personality, antisocial adult behavior, or violence-oriented mindset is evident in Alex Blair's functioning.

Mr. Blair did not demonstrate any overriding violent tendencies, grudge holding, prior legal difficulties, exploitative mindset, antigovernment stance, militaristic focus, or committed extremist state of mind that might make him an ongoing danger.  In addition, his Williams syndrome makes it more likely that he would not be able to hide such thinking if he actually harbored it.

Mr. Blair has a very motivated, well-informed, family who can assist with supervision.  In addition, Mr. Blair demonstrates compliant personality features that suggest he would be able to fully cooperate with US probation.

Mr. Blair is capable of regular low-demand employment such as at the Oskaloosa Country Club where he is well known and reportedly a good worker.  His thinking is somewhat concrete and problem solving somewhat "rigid," meaning not very flexible, but he does not demonstrate any overriding extreme religious views of any type.

Diagnostic Interview Report
Re: Alex Blair; USDC-Kansas #15-MJ-5040-KGS                                    Page 23 of 23

Mr. Booker is obtaining help from antidepressant medications and psychotherapy interactions with Dr. Smith.  He has strong ties to the Topeka community, including church groups, which help provide a surrounding structure of accountability.  Ongoing psychotherapy with Dr. Smith, who may function as Dutch uncle, will better teach threat perception/avoidance habits, maintaining alignment with parental support, and cooperation with Probation or Parole.

Incarceration would be very detrimental due to Alex Blair's biologically-mediated lack of threat awareness.  Even though he is loquacious and can interact with verbal abilities that are at the near normal IQ level, his chromosome-deletion mediated language processing impairments are permanent.  In prison, his Williams syndrome mediated behavior will readily prevent his perception of threats from others.  He is biologically "hardwired" to misinterpret threats as positive interactions.  He may uncritically affiliate with those he perceives as friendly to him.  He may even yearn for contact enough to align with anyone.  That puts him at extreme risk for sexual, physical, and interpersonal exploitation in prison.  Such exploitation would further damage his gullibility, and may prevent him from letting go of a penitentiary mindset when released.  Even more ominously, out of an instinct for physical survival, he may mold his behaviors toward violence and then be unable to let that go once released from custody.  From a psychiatric perspective, putting him in a penitentiary could very much result in his experiencing physical, sexual, and emotional traumas.  These would leave him further damaged (through persistent post traumatic reliving or flashbacks, potentially physical injuries, and permanently altered trauma pathways in the brain) and still inherently without a biological ability to deal with complex traumatic life events.

Last, there was no indication of intentional deception, malingering, or any attempt to derail the evaluation by Mr. Blair.  He cooperated fully, within the limitations of his Williams syndrome.

Thank you for consulting Logan & Peterson, PC.  If any new issues have arisen or any element of this report needs clarification do not hesitate to contact me.

_____E-signed SEP, MD @23:20 on April 26, 2016_____
Stephen E. Peterson, MD
Diplomate, American Board of Psychiatry and Neurology 1992
ABPN Subspecialty in Forensic Psychiatry 1994, Recertified March 2003