7-30-16

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS 66683

RE: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

I am Alex's mother, Alice "Jane" Blair. To tell you a little about myself. I am an Irish Catholic raised on a farm near Perry, KS. I went to Perry schools and graduated Valedictorian of my class. I worked for Topeka Medical Center for 15 years at which time the doctors broke up their partnership. Many of the doctors asked me to come work for them, so I thought it might be a good idea to start my own medical transcription business. I did medical transcription for many years out of my home. I now work for John Dewey Learning Academy, an alternative school for Jefferson County. I have worked there for 7 years. I love my job--love the kids!

My husband and I adopted Alex from the Catholic Social Services in Kansas City in December of 1986. He was about 3 days old at that time and we were told that he had a heart defect. He saw Dr. Dennis Cooley, Pediatrician, 3 weeks later. At that time he was in congestive heart failure, and he was immediately taken to Stormont-Vail Hospital for treatment and was placed on heart medications. We then had to take him to Children's Mercy Hospital in KC for regular examinations by Dr. Hubbell, Cardiologist. When he was about 3 years old Alex was diagnosed to have Williams Syndrome. A FISH test confirmed this. Williams Syndrome is when chromosome 7 is missing, which affects 20 or more genes. This affects the person both physically and mentally. Only about 1 out of every 20,000 to 30,000 people are affected by Williams Syndrome, but there are many sources out there which explain it.

As a result of Williams syndrome, Alex has had the following--

1) ventricular septal defect
2) congestive heart failure
3) scoliosis
4) problems with elasticity
5) strabismus with eye surgery performed by Dr. Dan Weaver
6) gastric problems which have bothered him constantly
7) Acute hearing. At school he was allowed to do work in a quiet place.
8) Those with Williams Syndrome have a lower life expectancy.
9) poor social skills and trouble making friends

Mentally, Alex has--

1) anxiety
2) some depression
3) extreme obsession on something, which will soon change to something else
4) poor judgement

RE: Alexander Blair
Page 2

We have applied several times for disability for him as it is hard for him to get and keep a job long enough for him to obtain health insurance which he needs desperately. He has been denied disability, partly I believe because Williams is rare and not understood. Alex has come far due to all care possible given to him. We worry about what will happen to him after we are gone--no job, no health insurance, etc.

Sometimes I think we did too much for him growing up. Alex did not start talking or walking until he was about 3 years old. We got him in speech therapy and occupational therapy for his poor motor skills. We entered him into an early childhood program which he attended for two years before starting kindergarten. When he saw Dr. Baker, Orthopedic Surgeon, for his scoliosis, Dr. Baker stated that swimming would help it. We put an in-ground pool in the back yard. Alex has had counseling to help him better cope with his disability. He saw Dr. Kenneth Ensroth at The Menninger Foundation until Menningers moved to Houston, TX. Alex, as well as others with Williams, is extremely kind and loving. While growing up, every day he told me that he loved me. He hugged his teachers and bus drivers. He is not judgmental and has told us not to be that way. Alex's chatter will be off the wall at times. He is social, and desperately wants to make friends.

Alex has never been in trouble for anything. He does what he is supposed to do always.

Alex is not a terrorist, but used poor judgment in associating with Mr. Booker.

As an aside, when the FBI came into our home, I felt they were very deceptive.

As to what I think should be Alex's punishment, being his mother, I know what a struggle he has had. Knowing Alex probably better than anyone, I can tell you he probably is the best person I know. He is caring, loving and would not hurt anyone. Putting someone in prison like Alex, who was not fully understanding the severity of his lending Mr. Booker a small amount of money, seems unbelievable to me. He would be eaten alive in prison. I do believe Alex has learned his lesson. I pray you understand that Alex would never wish anything bad to happen and that his disability had a part in his poor judgment.

Respectfully,


Jane Blair

Thomas Blair

████████████

July 31, 2016

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS, 66683

Re: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

      I am Thomas Blair, the Father of Alexander Blair. I graduated from high school and had some college credits. I was in the Air Force from 1964 thru 1968, and I am a proud Veteran. I was a Aircraft radio repairman on C130's here at Forbes. I went to work at NCR, National Cash Register, as a field engineer from 1968 to 1980. I spent 3 ½ years in technical schools with NCR. I took a field engineering job with Four Phase Systems in 1980. They were a small company that built and supported front end business computers. One of my customers was the Department of Agriculture in the Federal building. I also serviced equipment on Fort Riley and Fort Leavenworth. Motorola bought out Four Phase Systems in 1984 and in 1989 I transferred into a Cellular Field Engineering position and also a system engineer at times. I traveled all over the states and was the lead engineer on most of the jobs until I retired in 2007. I went to school or worked with people from all over the world. Some of them were from Israel, Pakistan, India and many more countries. They were all very nice and did not have any radical views that I knew about. In 2009 I came out of retirement to be a school bus driver at Jeff West and Perry. I still drive for Jeff West. I've been married for 48 years and we adopted Nicholas 36 and Alexander from birth. We have 3 grandchildren from Nicholas. I've been president of our home owners association in the past.

      We adopted Alex from birth in 1986. We knew he had a VSD at birth and at his first doctor's appointment he was placed in the hospital with congestive heart failure. The first year he couldn't sleep at night in a bed, he had to be wrapped up in a blanket and placed inside a car seat. He had a hole in his heart that they determined would grow together over the years. I believe he was 10 or 11 when it was completely closed. It was Dr. Hubbell at Children's Mercy Hospital that tested Alex for Williams Syndrome with the FISH blood test. I think he was about 5 years old when he had eye surgery. He had trouble with his speech and we had him in speech therapy. We had special ear pieces that would give him feedback so when he talked he heard the feedback. He was constantly seeing doctors for his William Syndrome growing up and he surpassed all I believed he would be able to do by the different stages in his life. I've always worked at having him

be independent. He has always been loving and caring.

He has been going to church every Sunday for about the last 4 years to Fairlawn Church of the Nazarene. He helps assist with setting up events or breaking down after events and greeting people. He was also on the Security team at Fairlawn for a short while. When he went to the Topeka Islamic Center, I was not concerned because of the different international co-workers that I have worked with in the past. I never thought in my wildest dreams that Alex would meet someone like Booker in Topeka, KS. I'm sure Alex didn't either.

He has always been a good worker. He always shows up early and is willing to change hours anytime they would want him to change. His problem was that certain management would hear about his court case and would fire him. It will be hard for him having a record and his disabilities. He stays positive and does his best.

He brought Mr. Booker to our home once. Booker did all the talking and, excuse my words here, Alex seemed to be his bitch. He didn't let Alex talk and tried to control his speaking and actions. I thought Alex would get tired of this and move on from Booker in time. I do know that Alex came to me a few weeks before Booker went to Fort Riley, and didn't want to be in Topeka any longer. He wanted to find a job and move to Kansas City.

Alex is not a Terrorist nor has he ever been one. I have never heard him talk about anything radical. He has been the best kid, even this past 1 ½ years that he has been on probation. He helps me anytime I ask for help. He has always done what was right. He has never had a traffic ticket, not even a parking ticket. This is why I personally think that Prison would be considered overkill for Alex. I also have spoken with Alex about this and he has told me that he never wishes to have to go through something like this again, that it has been traumatic and wouldn't wish it upon another human being. I have taken classes of school children to the women's prison in Topeka to visit. I thought the noise of the prisoners was really loud for me with no insulation to dampen the noise in the building. I think prison would be very, very hard on Alex with his acute hearing and disabilities.

I'm 71 years old and would like to help Alex to advance in his life through his Williams Syndrome. I am asking you to please give Alex probation. I would be glad to have him at my house during that time. Thank you for your time to read this letter Your Honor.

Thomas Blair

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS  66683

Re:  Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

I am writing this letter in support of Alex Blair, a former student of mine from Jefferson West High School in Meriden, KS.  I currently teach at John Dewey Learning Academy, an alternative school in Ozawkie, KS.  I first met Alex during the 2004-2005 school year as a student in my biology class.  Over the years I have had many students that I probably wouldn't remember, but Alex made an impression on me and has always been a fond memory.  Alex was a teacher pleaser, always coming into class with a big smile and a nice greeting, often engaging in a short conversation before class.  He volunteered to help with classroom chores and even help other students with their lab clean up.  He was friendly to everybody, making no distinction between whether another student was popular or not, nice in return or not, or interested in talking to him or not.  The only time I saw him angry was when he saw someone being mean to someone else.  He understood when someone was being mistreated, and as he didn't like it, he would come to his or her defense.

One day I announced that each student would research a genetic disorder and report their findings to the class.  Alex came up to me and asked if he could research Williams syndrome.  I was not familiar with that one, so I asked him about it.  He told me that he had that syndrome, and wanted to learn more about it.  This was the first time I had a student with a genetic syndrome wanting to study it for a science project.  I was concerned about how he would feel when it was his turn to share his research with the class.  As it turned out, he did a wonderful job, and I thought he was very brave to tell his classmates that he had this disorder.

I have run into Alex several times in Topeka since he graduated, and he still has the same sweet personality he had in high school when he would easily strike up a conversation and befriend anyone.   Then I remember seeing his name and face on TV and was in shock!  I couldn't believe Alex was being accused of a felony against the United States!!  I called my husband to the TV and told him that I KNOW he was coerced

in some way and could not have understood the gravity of what he was doing, whatever it was. I knew immediately that he had inadvertently made a friendly connection with a bad person. I felt so bad for him but didn't know what I could do. So when I met Jane, his mother, at my new school job last fall, I told her to let me know if there was anything at all I could do to help him.

I ran into Alex again this past January at the Ramada Inn where he was starting a new job behind the front counter. He smiled so big at me and was so proud of this job. He was dressed in a nice suit and looked and acted so professional! All I could think of was what challenges he has overcome in his life, and I was very happy for him to find such success, and acceptance from his employer. Of course anyone who really knows Alex would know that he is a good and honest worker, and will do everything he can as an employee to please you.

I firmly believe that Alex deserves a second chance. He needs guidance, but not a prison sentence. Alex is incapable of thinking like a criminal. When he loaned that $100, even knowing what it was for, I am sure in his mind he was just trying to be a good friend. All of Alex's accomplishments will be destroyed if he is sent to prison, even for a short-term sentence. It would not benefit him or society in any way to put him in that environment. I am sure he has suffered greatly, just becoming aware of and knowing that he did something so very wrong. As an educator of troubled children, I am aware of the struggles many young people have in simply interpreting situations and other's intents, and sometimes they get caught in a tangle they don't quite understand. This is what happened to Alex, I am sure. It is my belief that Alex is such a good person, that if he needed a place to live, I would offer a room in my own home to him.

Please give Alex probation, so he can get the guidance and support he needs right now to continue learning how to be a responsible adult. He shows so much promise, that it would be a shame to stop his progress now. I appreciate your time in reading this letter.

Thank you,

Sincerely,

Rena Kilgore




# JEFFERSON WEST
## Unified School District 340
P.O. Box 267 • Meriden, Kansas 66512 • 785-484-3444
A. Patton Happer, Superintendent

July 15, 2016

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS 66683

RE: Alex Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

I have been an educator for 38 years with 25 years in the Jefferson West School District where I am currently the Superintendent of Schools. I have also been involved in several civic organizations including being a board member of the Meriden/Ozawkie Chamber of Commerce, The Guidance Center serving Atchison, Leavenworth, & Jefferson Counties and the Jefferson County Economic Development Committee.

I have known Alex Blair for more than 20 years, as I was the Principal at Jefferson West Elementary School when Alex attended grades K-5. I knew Alex all throughout his formal K-12 education. My son and Alex were in the same grade and spent time together in the Boy Scouts of America program for a few years. I saw Alex nearly every day during his formal K-5 education and still see him on occasion at school functions as he has a niece that attends our school. Alex was a student with an IEP during his formal education. His disability, at times, hampered his ability to develop lasting relationships with his peers. I found Alex to be likeable, friendly but typically awkward at times when communicating and with his peers. He was always expected to make appropriate decisions and was held accountable on those occasions when he didn't. He seemed to easily relate to adults especially those that interacted with him in a friendly manner. On occasion Alex might say something that would be inappropriate, but his intent never seemed to be malicious, more a reaction out of frustration. Alex worked hard to learn academically although at times he had to be encouraged to demonstrate a stronger effort when things became difficult. I don't recall a time where Alex harmed or had a physical confrontation with another student.

I am aware that Alex is being charged in federal court with conspiracy to commit an offense against the United States specifically along with some of the details surrounding his case, which is a serious offense. I could easily see someone taking advantage of the fact that Alex was friendly, wanting to help out a person he thought liked him without truly realizing the consequences of his kindness. A part of his disability would be the fact that he could be swayed to help out others who he felt were in need of assistance to right something that was perceived to be a wrong to them. In my heart I don't believe that Alex meant harm to others by his actions but more that he felt he was helping someone who appeared to like him and who manipulated Alex for his help.

I feel that Alex is truly sorry for his involvement in this situation and wishes this had never happened. When a young person with his disability struggles to have friends and when he does enter into what he perceived as a friendship he could easily be lead down a less than desirable path. Alex knows he made poor judgments and does not have issue with being held accountable. It is my opinion that prison time for Alex would not be a benefit to society rather it may very well take a young man with a disability and lead him down a more troubling path with a new peer group and role models being more of the same he just experienced. Subjecting Alex to potential abuse by others would not serve society. I believe with appropriate supervision and opportunities to do good Alex would make the correct choices. Alex will be a member of society and I urge Your Honor to provide probation and community service for him as I feel he will learn much more from that experience than one of prison time.

Alex is a likeable young man with a disability and I feel like he is a person that would benefit from a sentence that does not include incarceration. Thank you for allowing me to share my thoughts regarding Alex Blair.

Sincerely

*Pat Happer*

Pat Happer

To Whom It May Concern

I have been asked by Alexander Blair to write a letter on his behalf. I met Alex in 2003 I was a paraeducator and Alex was a student under my supervision. He was in special education because of his diagnosis of William's Syndrome but did really well in class and didn't really need help from me with his studies. Alex was always helping others and volunteering to help me as well as his other paras when we needed anything. He worked very hard in all of our fund raisers as well as Job Olympics at Johnson County Community College.

After Alex graduated he began attending Fairlawn Church of the Nazarene. I had invited him to a music event we had going on there and he really like the church so he started to attend on Sundays. Alex moved away for a few years but when he came back he got in touch with me and began sporadically attending FNC again. He began spending time talking with some of the people at the church and even spent time talking with the security team there.

I once told Alex that we had missed him being at church on a Sunday when he was absent. He told me that I was the only one who would miss him there. I tried to convince him he had many people who considered him a friend and missed him when he was not there. No matter how hard I tried though, he just didn't believe he had friends there. He said he didn't consider any of them friends. I remember having the same conversations with him when he was a student. From the training I received before working with Alex I learned that people with William's syndrome struggle with friendships.

When Alex was arrested, I reached out to him. I was shocked. I couldn't believe that Alex could do the things he was accused of. I have never known Alex to be violent or even very angry. I've never seen him try to harm anyone or even say he wanted to harm anyone. I truly believe because of his condition he did what he thought would make someone else happy, to try to be his friend. That is the main thing I was trained to watch for when I worked with him. People with William's Syndrome will do whatever they think will make those around them want to be their friend. They have a great need to feel love and approval.

Since Alex was released, he has been at church almost every Sunday unless he was working. He greets people at the door, helps people carry things from their cars, and helps to clean and set up for our programs. He even walked some of our elderly attenders from their cars to the church doors when the parking lot was slick with snow and ice.

Alex has become a part of our church congregation and has gained many supporters there. When he is unable to attend, people ask where he is. They have come to see him as a permanent part of the church family. I have seen a difference in him since the arrest. He was working hard at his job, reaching out to church members for guidance, and has made real growth. Coming from someone who has known him since he was a high school student, I see a real change.

Thank you for hearing me out. I hope the things I have written will help you to understand Alex and see him the way I do.

Carla Butler

Eric Davies & Donna Sigl-Davies


June 25, 2016

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS 66683

Re: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

We are writing as a character witnesses on the behalf of Alexander (Alex) Blair.  Alex is Eric's first cousin.

We have been married for 23 years, have a daughter in college and are residents of Columbus Ohio.  Eric is the principal consultant of Transformative Consulting, LLC.  His work supports the growth and efficient operations of Federally Qualified Health Centers which are a safety net providing health care for the underserved.  Donna is a clinical counselor and clinical supervisor in private practice.  Her professional experience includes 12-years tenure in Juvenile Court and working with offenders of domestic violence.

Since we live in Ohio and Alex and his family are in Kansas, we see each other once a year during Uncle Tom's (Alex's dad's) annual visit with his sons and family.  We've had the opportunity to feel close to the family and have watched Alex grow up.  He has always been friendly, warm, empathetic, light-hearted in his teasing and playful.  He is engaging with family members of all ages and appears to really enjoy the belonging he feels when we are all together.

From the time Alex was young it also was obvious that he is a bit different.  Despite his warmth and social nature, he has demonstrated a social and physical awkwardness, including a slight speech defect.  We heard stories of challenges he faced in school and with keeping up with his peers.  We watched him struggle with how to transition to adulthood with confidence.  Within the past year or so these challenges were explained with learning of Alex's diagnosis of Williams Syndrome.  Recently (4/8/2016) *The Columbus Dispatch* had a story about Williams Syndrome.  It was illuminating and explained a lot about what we saw as Alex grew up.

We are aware Alex admitted guilt to a conspiracy charge.  We understand the serious nature of the degree of danger his complicity may have caused.   We were shocked as neither of us could have imagined Alex carrying out or supporting violent or atrocious behavior.

Again, the *Dispatch* story provided insight. A national expert at The Ohio State University stated: "Those with Williams Syndrome have rare gifts... They're incredibly social. The have an admirable sense of empathy... That said, the friendliness and empathy can work against them. It can make them vulnerable, especially to strangers."

While neither of us condone Alex's actions, neither of us believe he is an on-going danger to our society. We believe his involvement in this crime is best explained through his vulnerability due to Williams Syndrome. Alex legitimately struggles with social awkwardness while he desires belonging and acceptance from his peers, in this case, he chose poorly where to find this acceptance and belonging.

Obviously Alex needs to be accountable for his actions. During sentencing, we hope the court will consider Alex's character and the role of the Williams Syndrome. We'd like to see Alex restore trust to the community through probation, community service and treatment so that he can be accountable for his actions in a meaningful way. We hope you will consider these factors in his sentencing.

Sincerely,

Eric Davies

Sincerely,

Donna Sigl-Davies

July 9, 2016

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S. E. Quincy, Suite 405
Topeka, Kansas 66683

Re: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

My name is Nancy Blair Davies and I am the aunt of Alexander Blair. First, I will tell you a little about myself. I was born in July, 1938, in Ohio and have lived most of my years in Ohio. I have been married for almost 56 years. I have two children; a son, age 48, married with a 19 year old daughter. He is a college graduate and self-employed. His daughter is presently attending college. My daughter, age 43, is married, a college graduate and has two young children at home. I worked as an executive secretary for eight years at an insurance company right out of high school. I then worked at a large law firm (5 attorneys) for two years as a legal secretary and quit to start a family. I went back to work approximately five years later working for doctors in family practice, first as an insurance secretary and later also became the office manager. That lasted 22 years and then I retired. I have been active in my church most of the past 70 years. I have sung in the choir for many years, presently am chairman of the Board of Directors, and treasurer of the Memorial Fund. I also belong to a local music club.

I have known Alex since he was a baby and came from Kansas to Ohio to visit with his parents. Alex has an older brother and two nephews and one niece living in Kansas. He also has six cousins in Ohio. Alex has always been very loving and concerned. Alex was very good at giving back massages and his cousins would line up to get their turn. Eventually, he went to school to get a certificate in that field. I know that he has Williams Syndrome and has dealt with many problems growing up that others haven't had, both physically and socially. I have always found him to be loving toward family and friends. He always says "I love you, Aunt Nancy" when he knows I am on the phone with anyone in his home or in talking with him directly.

I pray the court will be lenient with Alex, as he poses no serious risk or danger to anyone, and prison would be detrimental to his well-being as well as to his health. He just needs future guidance to make certain he follows the right path and makes wise decisions. I am fully aware of the crime of which Alex is accused and has since plead guilty. He certainly was adopted into the best family possible and has been given the best opportunities, love and support.

Respectfully,

Mrs. Nancy Davies

August 9, 2016

Honorable Daniel D. Crabtree
District Judge
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS 66683

Re: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree:

Thank you for reviewing the information I am sharing regarding Mr. Alexander Blair.

I am the Senior VP of Adult Services with Easter Seals Capper Foundation (ESCF) in Topeka, KS. In addition to providing therapy to children, ESCF provides supports to adults with developmental disabilities. I have 29 years of experience working with adults with developmental disabilities and 3 years of experience working in the State of Kansas Department of Corrections in administrative positions. In addition to my work experience, I have earned my Ph.D. in Business.

I have known Alex for the past 24 years, as my husband and I are neighbors, living about 3 doors down from the Blair's. My sons and Alex played together, and attended the same small school district as youth.

I am aware of the crime for which Alex is to be sentenced. Quite honestly, because I have a son who served in the Army and at one time was stationed at Fort Riley and he served in Iraq and Afghanistan, I have struggled with my feelings regarding Alex's actions. After much soul-searching, I truly believe that Alex did not understand the magnitude of the decisions he was making. I sincerely believe that his poor social skills are the result of his diagnosis of Williams Syndrome. Alex has always struggled with truly understanding what a true friendship is, and has been quick to please others. Although his social skills appear at first blush to be those of a normal young adult, his skills are like those of an insecure child. Alex seems to me to be socially naïve. I have typically perceived Alex as a loner, trying to fit in with others. I do not see how a prison sentence will be beneficial for Alex or the general public. I believe Alex would benefit from the support of a community program who closely monitors his movements and his social interactions with others.

Thank you for considering the information I provided.

Respectfully,

Kathy Stiffler Ph.D.

Imam Omar Hazim



Honorable Daniel D. Crabtree

District Judge

United States District Court

444 S.E. Quincy, Suite 405

Topeka, KS 66683

Re: Alexander Blair, Case No. 15-40031-DDC

Dear Judge Crabtree

I am Omar Hazim, the Imam of the Islamic Center of Topeka, and the Islamic advisor to the Kansas Department of Corrections. I am on the advisory board to the Chief of Police, James Brown. I have lived in Topeka, KS since 1975. I have served on the board of directors for Interfaith of Topeka Inc. for seven years and have been associated with Interfaith for more than 30 years.

I am married, and have eight children who all graduated from Topeka West High School and went on to College.

I became acquainted with Alex about two years ago when he came to the Islamic Center of Topeka. Alex is a very sincere and sensitive person. Alex meet Jon Booker, who was a very troubled young man, who was receiving counseling, and also on medication.

I know Alex to be a very good and helpful person. Whenever he is at the Center, he always offers his assistance to the elderly in our community.

Alex has expressed to me in sincere ways, which he is aware that he made a serious and foolish mistake, and is very sorry for his actions.

Judge Crabtree, I ask you to show mercy on Alex and maybe grant him probation; I believe he will be of a better service to the community at large.

Respectfully

Imam Omar Hazim

Islamic Center of Topeka

Rexford K McCommon

7-11-16

Judge Crabtree
District Judge
United States District Court
444 SE Quincy, STE 405
Topeka, KS 66683

Dear Judge Crabtree:

I am an Associate Pastor at Fairlawn Church of the Nazarene (FNC), father of two daughters, and husband of 27 years. Further, I worked nearly 25 years for the Department of Transportation and 1 ½ years with the Department of Health & Environment mostly as a Database Management Analyst.

My relationship to Alex Blair in recent years is that of a pastor and friend. Alex attends FNC on and off for more than 4 years I believe. My contact with him is typically weekly where I greet him, get to know him, and encourage him. In addition, I taught a young adult class which Alex attended at times. Alex has helped with special ministry projects that benefit others. A specific example was when he helped me repair/replace portions of an elderly couple's deck. Another is watching him take initiative to go out in bad weather to help walk the elderly into the church. In my experience with him, he desires to be helpful and reliable and is growing as a person in beneficial ways.

Alex is like any human being. He needs connection with others and to feel wanted and loved. His need here is significant to the point of sometimes befriending questionable characters. Alex is a "follower" by nature. This is seen in his choice of connecting with Mr. Booker who took advantage of his personality traits. This occurred during a time period he was absent from FNC.

Beyond his intense relational need is a "conspiracy" mindset of which I do not know the source. He consumed information in the past which compromised his view of right and wrong. To this, we present alternate, health views of life. Had he had consistent, positive influence in his life filling his relational and philosophical needs, I believe his participation in the criminal activity would not have occurred.

Judge Crabtree
7-11-16
Page 2

Though he is an adult and ultimately responsible for his actions, there is evidence of negligence of the collective "we" of society that let him down. It saddens me that we did not sufficiently love and educate him, allowing him to fill the void with negative ideology.

While the offense is quite significant, I believe Alex to be a good person who admits he made a "stupid" decision. Alex has a heart to help people and do good things. In my view, he will not benefit by being locked up with a plethora of poor influence filling his head. If there is a community service program he could participate in redeeming his down time, enforcing solid ethics, and fostering relational connections, Alex will excel. He will feel fulfilled himself and bless others along the way while growing as a person in ways society will appreciate.

Thank you for your consideration. My statements are from my heart and what I believe to be true, though I cannot fully know the heart of another man. God be with you all and you serve us.

Respectfully,

*Rexford K. McCommon*

Rexford K McCommon