## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                               Case No:  15-40031-01-DDC

**ALEXANDER E. BLAIR (01),**

        Defendant.

**Atty for Govt: Anthony W. Mattivi**
**Atty for Deft: Christopher M. Joseph**

| JUDGE: | Daniel D. Crabtree | DATE: | 8/24/2016, 9/8/2016 and 10/18/2016 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | Corey Kirk |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663       $ _____ on count(s)
                                                         $ _____ on count(s)

☐ **Total Restitution:**          $ _____

☐ Defendant Fined                  $ _____ on count(s)
                                                         $ _____ on count(s)

☐ **Total Fine:**          $ _____

☒ Defendant Assessed under 18:3013     $  100.00  on count 1 of Information
                                                         $ _____ on count(s)
                                                         $ _____ on count(s)

☒ **Total Assessment:**          $  **100.00**

☒ Complaint dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant  - Advised of right to appeal
☒ Defendant to voluntarily surrender
☐ Defendant remanded to custody
☐ Stay of Execution  ☐ Granted  ☐ Denied
☒ Notes:

**August 24, 2016**
Defendant appears in person with counsel.

Defendant presents evidence.

The court hears argument from counsel.

Defendant remains on release.

**September 8, 2016**
Defendant appears in person with counsel.

The court directs counsel to file any objections to paragraph 413 of the Presentence Investigation Report by September 22, 2016 and any response by the government is due by September 27, 2016.

The court continues the sentencing hearing to October 18, 2016 at 1:00 p.m.

Defendant remains on release.

**October 18, 2016**
The court makes correspondence received by the court, Court Exhibits A and B, part of the record.

The court announces its rulings on objections as set forth in full on the record.

The defendant is sentenced to the custody of the Bureau of Prisons for a term of 15 months to be followed by 2 years of supervised release.  The court will send a letter to the Bureau of Prisons recommending that the defendant be designated to the medical facility at Springfield, Missouri.

Defendant remains on release.