*(Revised 5/93)*     **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 15-40031-01-DDC**

| **WITNESSES FOR Plaintiff** | | | **WITNESSES FOR Defendant** | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| | | ( ) | 8/24/16 | Steven Peterson, M.D. | ( x ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |