# EXHIBIT SHEET

**Case No: <u>15-40031-01-DDC</u>**              <u>Defendant's</u> **Exhibits**

**(admitted on 8/24/2016)**

| No. | Description | I.D. | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Diagnostic Interview Report | x | x | x | |
| 2 | New York Times Magazine article | x | x | x | |
| 3 | NIH Public Access Author Manuscript | x | x | x | |
| 4 | Research Report | x | x | x | |
| 5 | Letters | x | x | x | |
| 6 | Letter | x | x | x | |
| 7 | Curriculum Vitae | x | x | x | |